Louis H. Pink, Superintendent of Insurance of the State of New York, as Conservator of Assets of International Reinsurance Corporation of Dover, Delaware, Appellant, *v.* Coleman & Coleman, Inc., Respondent.

Argued October 11, 1938; decided October 25, 1938.

The following questions were certified:

" 1. Should the motion of the plaintiff for summary judgment have been granted?

" 2. Should the defenses and setoffs contained in paragraphs marked ' 5 ' to ' 24,' inclusive, of the amended answer have been stricken out as having been improperly interposed?

" 3. Should paragraphs ' 5 ' to ' 24,' inclusive, of the amended answer have been stricken out as contravening the order of liquidation dated April 21, 1933?"

*Irvin Waldman* and *Alfred C. Bennett* for appellant.
*Clifton F. Weidlich* for respondent.

Order affirmed, with costs, and questions certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.